ACCEPTED
03-14-00112-CV
8402131
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 8:51:31 AM
JEFFREY D. KYLE
CLERK

**CASE NO. 03-14-00112-CV**

In the Court of Appeals for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 8:51:31 AM
JEFFREY D. KYLE
Clerk

Dr. James Jones,
*Plaintiff/Appellant*

v.

Angelo State University,
*Defendant/Appellee*

On appeal from the 340th Judicial District Court of Tom Green County, Texas
Cause No. C-110272-C

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendant/Appellee, Angelo State University, files this Notice of Substitution of Counsel. Defendant hereby notifies the Court that Assistant Attorney General James C. Todd should now be designated as lead counsel for the Defendant/Appellee in this case.

Erika M. Kane, current counsel for the Defendant/Appellee, has taken a position outside the Office of the Attorney General and will be replaced by Mr. Todd. As such, Ms. Kane should be removed from all further notifications regarding this case.

WHEREFORE, Defendant/Appellee requests that the Court enter Mr. James C. Todd as counsel of record for Defendant/Appellee, Angelo State University.

Respectfully Requested,

KEN PAXTON
Attorney General of Texas

Page 1

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division


/s/ *James C. Todd*
JAMES C. TODD
Texas Bar No. 20094700
Jim.Todd@texasattorneygeneral.gov
Assistant Attorney General
Office of the Attorney General
General Litigation Division-019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

**Attorneys for Defendant/Appellee**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent *via* E-mail and U.S. Mail on December 30, 2015 to:

Frank Gilstrap
Ned Webster
HILL GILSTRAP PC
1400 W Abram St
Arlington , Texas 76013
fgilstrap@hillgilstrap.com

*ATTORNEYS FOR PLAINTIFF/APPELLANT*

 /s/   James C. Todd         
JAMES C. TODD
Assistant Attorney General